# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Amy L. McCaffrey | : | Case No.: 19-13120-elf |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER SCHEDULING
## EXPEDITED HEARING ON MOTION TO INCUR NEW DEBT

**AND NOW**, upon consideration of the Expedited Motion to Incur New Debt ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be and hereby is scheduled on  October 20, 2020 , at  1:00 p.m. **, in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve this Order on all other parties in interest, including all creditors, by regular mail **no later than 5:00 p.m. on October 1, 2020**.

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:** 9/29/20

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**